■ In the Matter of DAVID SEGAL, a Suspended Attorney. [636 NYS2d 1002] —Petition granted only insofar as to refer the application for reinstatement to the Departmental Disciplinary Committee for a hearing as indicated. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman, Ross and Asch, JJ.